IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| Crystal Scott, | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:16cv697 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant(s) | : | |

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on August 28, 2018 (Doc. 27), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired September 12, 2018, hereby

ADOPTS said Report and Recommendation.

Accordingly, plaintiff's §406(b) motion for attorney fees is GRANTED and that counsel

is AWARDED attorney fees in the amount of $11,553.00, which represents $14,953.00 in a fee

award and under 42 U.S.C. §406(b)(1)(A) less $3,400.00 in Equal Access to Justice Act (EAJA)

fees.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court